UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtor

**Order Filed on April 1, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**In re:**

**GG Farms, Limited Liability Company,**

        **Debtor.**

Case No.:        19–25522 (SLM)

Adv. Pro. No:

Chapter        7

Hearing Date:    March ~~3~~ 31, 2020

Time:        10:00 am

Judge:        Stacey L. Meisel

## ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS ATTORNEY FOR THE DEBTOR

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  GG Farms, Limited Liability Company
Case No.:  19–25522 (SLM)
Caption:  **ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS ATTORNEY FOR THE DEBTOR**

_____

**THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for the Debtor, pursuant to the Motion to Withdraw as Attorney pursuant to D.N.J. LBR 9010–2(b) (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this adversary proceeding; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Jonathan Stone, Esquire in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Jonathan Stone, Esquire having established good and sufficient cause to grant said relief; and

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and that it is
                                                                    ^as set forth herein

**FURTHER ORDERED** that Jonathan Stone, Esquire is relieved as counsel for the Debtor and that he is fully discharged from any responsibility for representing the Debtor in present or future matters, effective upon the entry of the within Order.