| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald V. Biase<br>Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021<br>(973) 618-1008 | |
| In Re:<br><br>GG Farms, Limited Liability Company<br><br>Debtor(s) | Case No.: 19-25522-SLM<br><br>Chapter: 7<br><br>Hearing Date:<br><br>Judge: Stacey L. Meisel |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The Trustee of the above referenced case applies for an Order pursuant to 11 U.S.C. §330(a) and 504(b), allowing for compensation and expenses as itemized below. Applicant certifies that the amount requested is not in excess of the limitations prescribed by §326 of the Bankruptcy Code.

The amount upon which the Trustee's compensation has been computed is $291,522.57. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the Debtor(s).

**Compensation is computed as follows:**

| | |
|---|---|
| 25% of first $5,000 ($1,250 maximum) | $ 1,250.00 |
| 10% of next $45,000 ($4,500 maximum) | $ 4,500.00 |
| 5% of next $950,000 ($47,500 maximum) | $ 12,076.13 |
| 3% of balance | $ 0.00 |
| Total Compensation Requested | $ 17,826.13 |

**Trustee Expenses:**

| Nature | Amount |
|---|---|
| Travel | $ 16.50 |
| Postage | $ 73.25 |
| Telephone | $ 114.00 |
| Distribution Expenses | $ 28.00 |
| Costs to prepare and forward TFR | $ 46.00 |
| Other (DRIVE TO FEDERAL COURTHOUSE IN NEWARK; ATTEND HEARING ON TRUSTEE MOTION FOR TURNOVER OF RENTS) | $ 22.00 |
| Total Expenses Requested | $ 299.75 |

The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of his/her duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred and has not been reimbursed.

There is no agreement or understanding between the trustee and any other person or the division of compensation sought by this application, except as permitted by 11 U.S.C. §330.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the fees and expenses be allowed.

Dated: October 21, 2020        /s/Donald V. Biase
                               Donald V. Biase, Chapter 7 Trustee
                               PO Box 646
                               Essex Fells, NJ 07021