UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Donald V. Biase, Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021 | |
|---|---|
| In Re: | Case No.: 19-25522 SLM |
| GG Farms, Limited Liability Company | Chapter 7 |
| Debtor(s) | Hearing Date: |
| | Judge: Stacey L. Meisel |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Page: 2

Case: Gg Farms, Limited Liability Company

Case No.: 19-25522 SLM

**Caption: Order Awarding Trustee's Compensation and Expenses**

THIS matter having been brought to the Court in consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

ORDERED, that the sum of $17,826.13 is reasonable compensation for the services rendered in this case by Donald V. Biase, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; and it is further

ORDERED, that the sum of $299.75 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.